AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
SEP 2 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>RODRICK JEEMS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:20mj~~195~~ LRA<br>) 194<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 1__ in the county of __Hinds__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Sec. 111(a) | Assaulting a federal employee engaged in performance of official duties. |

This criminal complaint is based on these facts:

See attachment A.

☑ Continued on the attached sheet.

_____
Complainant's signature

H. Dwayne Martin, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/02/2020

_____
Judge's signature

City and state: Jackson, Mississippi

Hon. Linda R. Anderson, United States Judge
*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 2 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

## AFFIDAVIT

Your affiant is H. Dwayne Martin and I am a United States Postal Inspector with the United States Post Office. I have been a Postal Inspector for approximately 18 years and my duties include investigating crimes against postal employees, including assaults and robberies of those postal employees that occur while the employee is engaging in or on account of his or her employment as a postal employee. The information contained in this affidavit has been communicated to me by other United States Postal Employees who have interviewed witnesses, and Mississippi State Capitol Police Officers and Jackson Police Department Officers personnel who have knowledge of the events described herein. This affidavit in being made in support of the arrest of Rodrick Jeems for the assault of USPS employee Aakecio Henderson on September 1, 2020.

At approximately 5:30 pm on September 1, 2020, while performing her duties as a Tour 3 mail handler for the U.S. Postal Service (USPS), Aakecio Henderson was assaulted by Rodrick Jeems.

At approximately 5:30 pm mail handler Aakecio Henderson was collecting the mail that had been deposited into the blue collection boxes at the intersection of South St. and West St., in front of the United States Post Office general mail facility located at 401 E. South St Jackson, MS 39201, when she was approached by Rodrick Jeems. Mr. Jeems asked Ms. Henderson for $5.00. Without any response from Ms. Henderson, Rodrick Jeems punched Ms. Henderson in the face with his fist. Ms. Henderson hit the ground and Rodrick Jeems walked away. The punch to Ms.

1

Henderson's face caused two lacerations under and around her right eye. Seven stiches were required to close up the lacerations caused by Rodrick Jeems. Rodrick Jeems punch also chipped Ms. Henderson's tooth.

A Capitol Police Officer driving to the Post Office saw Ms. Henderson dazed, bleeding, and sitting on the ground. The Officer noticed a man walking away from Ms. Henderson. The man was walking north on West Street. The Officer drove to apprehend the person walking away and the person began to run. The Officer then detained the subject until Jackson Police Officers arrived on scene. Ms. Henderson later identified the subject as the person who assaulted her. Jackson Police Officers identified this subject as Rodrick Jeems.

Based on the foregoing, there is probable cause to believe Rodrick Jeems did assault Aakecio Henderson, an employee of the United States Postal Service while she was engaged in and on account of the performance of her official duties, in violation of Title 18, United States Code, Section 111(a) and (b).

I therefore request that a criminal complaint be issued for the arrest of Rodrick Jeems.

Respectfully submitted,

H. Dwayne Martin
Postal Inspector
United States Postal Inspector

SUBSCRIBED and SWORN to before me on September 2, 2020.

Linda R. Anderson, United States Magistrate Judge

3